STATE OF NEW YORK
SUPREME COURT    COUNTY OF MONROE

JOSEPH J. ARIENO,

                          Plaintiff,

v.

THE COUNTY OF MONROE and
THE MONROE COUNTY SHERIFF's
DEPARTMENT,

                         Defendants.

NOTICE OF FILING OF
NOTICE OF REMOVAL

Index No.: E2018000957

**PLEASE TAKE NOTICE**, that Defendants the County of Monroe and the Monroe County Sheriff's Department ["County Defendants"] filed a Notice of Removal, a copy of which is attached, in the Office of the Clerk of the United States District Court for the Western District of New York on July 11, 2018.

**PLEASE TAKE FURTHER NOTICE**, that County Defendants in the above-entitled action filed a copy of this Notice of Filing of Notice of Removal and the attached Notice of Removal with the Clerk of the Supreme Court of the State of New York for the County of Monroe, pursuant to 28 U.S.C. §1446(d).

                          MICHAEL E. DAVIS, MONROE COUNTY ATTORNEY
                          *Attorney for Monroe County*

                          *s/ Adam M Clark*

July 11, 2018

                          **Adam M. Clark, Esq. of Counsel**
                          Deputy County Attorney
                          307 County Office Building
                          39 West Main Street, Rochester, New York 14614
                          Telephone: 585.753.1374
                          adamclark@monroecounty.gov

To:    Monroe County Clerk
        *Clerk of the Supreme Court of the State of New York, Monroe County*
        101 County Office Building
        39 W. Main Street
        Rochester, New York 14614

James P. Vacca, Esq.
*Attorney for Plaintiff*
One East Main Street, Suite 805
Rochester, New York 14614
Phone: (585) 423-0110
Fax: (585) 423-0111
jamespvacca@frontiernet.net